**Order filed May 28, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00135-CV
_____

### MECCA FARMS GROUP, LLC, Appellant

### V.

### JUBOORI METAL WORKS, Appellee

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2013-71994**

---

## O R D E R

Appellant's brief was due **May 1, 2015.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 29, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM